UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARY DEAN MUHAMMED | CASE NO. 3:19-CV-00298 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DELHI CHARTER SCHOOL | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation [Doc. No. 14] of the Magistrate Judge having been considered, together with Objection [Doc. No. 15], and, Response to Objection [Doc. No. 16] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that that the motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 8] filed by defendant, Delhi Charter School, is **GRANTED**, and that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**, in its entirety, at plaintiff's cost. Fed. R. Civ. P. 12(b)(6).

Monroe, Louisiana, this 13th day of May, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE